# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HENRY D. FRIEDMAN,**
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D19-1520

[November 27, 2019]

Appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings, L.T. Case No. 1391892691, Appeal No. 19F-00743.

Henry D. Friedman, Jupiter, pro se.

Marjorie S. Desporte, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***